Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175
Email: bjp@well.com

Jeffrey D. Schwartz
ATTORNEY AT LAW
Jacoby's Storehouse
791 8th Street, Suite H
Arcata, CA 95521
Tel: (707) 822-2707
Fax: (707) 633-1900
Email: jdsarcata@yahoo.com

Attorneys for Defendant
DONALD NADER

Kenneth Wine
HALLINAN & WINE
345 Franklin St
San Francisco, CA 94102
Tel: (415) 621-2400
Email: kenwine@hotmail.com

Attorney for Defendant
AARON SEITS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>DONALD NADER and AARON SEITS,<br><br>　　Defendants. | Case No. CR-11-0731-CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS DATE; DECLARATION OF COUNSEL<br><br>Date: April 11, 2012<br>Time: 2:00 p.m.<br>Courtroom 6, Hon. Charles R. Breyer |

　　Counsel for the government and defendant respectfully submit this Stipulation and [Proposed] Order requesting that the April 11, 2012 Status date in this matter be continued

1  to June 6, 2012. Counsel agree and stipulate that new counsel just substituted in for
2  defendant Donald Nader, and needs time to review the discovery and get up to speed.
3  Counsel further agree and stipulate that counsel for both defendants still need to travel to
4  Windsor to examine evidence that is being held there.
5  Counsel further stipulate to the exclusion of time under the Speedy Trial Act from the
6  date of this Order until June 6, 2012. Exclusion of time is proper pursuant to 18 U.S.C. §
7  3161(h)(7)(A) and (B) because the requested continuance is intended to allow the defense
8  additional time to prepare its case, thereby ensuring effective assistance of counsel.

Respectfully submitted,

Date: April 10, 2012                       Kevin Barry
                                           Kevin Barry
                                           Assistant United States Attorney


Date: April 10, 2012                       Brian J. Petersen
                                           Brian J. Petersen
                                           Attorney for Defendant
                                           DONALD NADER


Date: April 10, 2012                       Kenneth H. Wine
                                           Kenneth H. Wine
                                           Attorney for Defendant
                                           AARON SEITS


### DECLARATION OF BRIAN J. PETERSEN

I am an attorney at law, licensed to practice before all courts of the State of California, and I have been retained by defendant herein DONALD NADER ("defendant"). I make this declaration from facts within my own personal knowledge, except where stated on information and belief, in which case I believe the facts stated to be true. If called to testify in this matter, I could and would do so competently.

1.      I was retained to represent defendant Donald Nader (Nader) on March 26, 2012. That day or the next day, I notified AUSA Kevin Barry and Kenneth Wine, attorney for co-defendant Aaron Seits (Seits), that I was substituting in.

2.      I received most of the discovery from Nader's former attorney, Federal Public Defender Ron Tyler, within a week. I still need to meet with Mr. Tyler or his assistant to get some additional materials from them. I need some time to review the discovery and other materials and discuss them with my client.

3.      I have reviewed the minutes from the last status conference, and understand that defense counsel need to go to Windsor to look at some evidence. I understand from my email correspondence with Mr. Wine and Mr. Tyler that this has not been done yet.

4.      Mr. Barry, Mr. Wine and I have all agreed to a new date of June 6, 2012, and everyone has reviewed this stipulation and agreed that I can sign on their behalf.

5.      I am informed and believe that June 6, 2012 is an available date for the Court.

I declare under penalty of perjury pursuant to California law, that the foregoing is true and correct, except as to matters I allege based on information and belief, and as to those matters, I believe them to be true. This declaration was executed at San Francisco, California, on the date indicated below.

Dated: February 2, 2012                                  Brian J. Petersen
                                                                             Brian J. Petersen

**[PROPOSED] ORDER**

Based on the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The status date of April 11, 2012 is continued to June 6, 2012. Based on the stipulated facts set forth above, the Court finds that exclusion of time under the Speedy Trial Act (18 U.S.C. 3161(h)(7)(A) and (B) is appropriate to permit adequate preparation of counsel. The Court further finds that the ends of justice in this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Date: April 11, 2012

_____
Hon. Charles R. Breyer
District Court Judge